# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 860 |
|---|---|---|
| | : | |
| APPOINTMENTS TO THE | : | SUPREME COURT RULES |
| PENNSYLVANIA CONTINUING | : | DOCKET |
| JUDICIAL EDUCATION BOARD OF | : | |
| JUDGES | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2020, the Honorable Linda Fleming, the Honorable Steven Tolliver, Professor William Carter, and Professor Steven Chanenson are hereby appointed as members of the Pennsylvania Continuing Judicial Education Board of Judges for a term of three years, commencing January 1, 2021.